STATE OF NEW JERSEY v. JOHN LIMANDRI.

March 17, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH HIGGINS.

March 17, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. STEWART WILSON.

March 17, 1980.

Petition for certification denied.